**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: R.E.R.S., A MINOR | : No. 691 MAL 2019 |
| | : |
| | : |
| PETITION OF: K.S., III, FATHER | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.